UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES – GENERAL

Case No.    2:23–cr–00596–RGK                                            Date   4/14/2025

Present :    The Honorable R. GARY KLAUSNER, United States District Judge
Interpreter :   Junting Tan – Mandarin Language Interpreter

| Ma Socorro Lindaya | Miriam Baird | Maxwell Coll |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| USA v. DEFENDANT(S) PRESENT: | ATTORNEYS PRESENT FOR DEFENDANT(S): |
|---|---|
| 2. Joseph Wong,  Bond<br>REG 57574–511 | 2. Lauren Sanchez,  Retained |

**PROCEEDINGS:      CHANGE OF PLEA**

X    Defendant moves to change plea to the  Indictment .

X    Defendant sworn.

X    Defendant enters a new and different plea of GUILTY to  1 .

X    The Court questions the defendant regarding plea of GUILTY and FINDS that a factual basis has been laid and further FINDS the plea is knowledgeable and voluntarily made. The Court ORDERS the plea accepted and entered.

X    The Court refers the defendant to the Probation Office for investigation and and the matter is continued to Monday,  August 11, 2025 at 10:00 AM   for sentencing. The Probation Officer is hereby directed to disclose the Presentence Report on or before  7/11/2025 .

X    Position papers are due 14 days before sentencing. Responsive documents are due 7 days before sentencing.

X    The Court vacates the  09/16/2025  trial date as to this defendant.

X    Other: Defendant to remain on bond pending sentencing.

:23
Initials of Deputy Clerk:  mal 

cc: USPO