UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | 2:23-cr-00596-RGK-2 | Date | October 6, 2025 |
|---|---|---|---|

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE |
|---|---|
| Interpreter | |

| Joseph Remigio | Sheri Kleeger | Nisha Chandran |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 2) Joseph Wong | | X | X | 2) Jesse Ruiz | | X | X |

**Proceedings:**   **SENTENCING**

The case is called. Counsel and defendant make their appearance.

Court and counsel confer. Counsel present argument. Defendant addresses the Court. The Court places findings on the record and proceeds with sentencing.

**SEE SEPARATE JUDGMENT AND COMMITMENT ORDER**.

**IT IS SO ORDERED.**

|  | : | 12 |
|---|---|---|
| Initials of Deputy Clerk | JRE | |